GEORGE W. BLANKENSHIP v. FIRST NATIONAL BANK OF BRECKEN-
RIDGE.[1]

November 20, 1896.

Nos. 10,132—(73).

Appeal by defendant from an order of the district court for Wilkin county, C. L. Brown, J., overruling a demurrer to the complaint. Affirmed.

*Ezra G. Valentine* and *Lyman B. Everdell*, for appellant.

*H. A. Tripp*, for respondent.

[1] Reported in 68 N. W. 1102.

PER CURIAM. This case is governed by the rule laid down in Endres v. First Nat. Bank of Breckenridge, infra, 68 N. W. 1092, as to the jurisdiction of the state courts over the subject-matter involved.

Order affirmed.